ORIGINAL

# United States District Court

_____CENTRAL_____    **DISTRICT OF**    _____CALIFORNIA_____

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| V. | |
| CESAR VILLARREAL | CASE NUMBER: |

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**10-2158M**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 21, 2010, in ___Los Angeles___ County, within the ___Central___ District of ___California___, defendant CESAR VILLARREAL ("defendant") did willfully, knowingly, and unlawfully travel in interstate commerce from the State of California to Mexico with the intent to avoid prosecution for the crime of murder, in violation of California Penal Code Section 187, a felony in the State of California, for which defendant was charged in arrest warrant number POMKA09091201, issued by the Superior Court of Los Angeles, County of Los Angeles, on or about June 11, 2010, in violation of Title 18 , United States Code, Section(s) 1073.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

LODGED

2010 AUG 27 PM 2: 02

(SEE ATTACHMENT)

Continued on the attached sheet and made a part hereof:    ☒Yes  ☐No

Signature of Complainant
Scott F. Garriola
Special Agent – FBI

Sworn to before me and subscribed in my presence,

8/27/2010
Date

at    Los Angeles, California
City and State

Hon. Patrick J. Walsh, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, SCOTT F. GARRIOLA, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for more than twenty-two (22) years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for over thirteen (13) years. I have extensive experience in conducting fugitive investigations. In that capacity, I have conduced thousands of fugitive investigations and executed hundreds of fugitive arrests.

2. This affidavit is made in support of a criminal complaint and a probable cause arrest warrant for CESAR VILLARREAL ("VILLARREAL") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my participation in this investigation, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.

3. On or about June 14, 2010, I was advised by Detective Richard Biddle, Los Angeles Sheriff's Department (LASD), Homicide Bureau, of the following facts:

   a. On May 21, 2010, VILLARREAL was walking with his two young daughters to a convenience store close to their home. While at the liquor store, VILLARREAL began arguing with Luis Palomera and Arturo Sanchez. From the videotape at the store, VILLARREAL is seen pointing a gun at both victims, who thereafter fled from the store in fear for their safety. A short time later, VILLARREAL, who was now in his pick-up truck without his

daughters, found Palomera and Sanchez a short distance from the store. VILLARREAL shot both men, killing Palomera and wounding Sanchez.

b. A review of VILLARREAL'S cellular phone records revealed that on the night of the murder, VILLARREAL'S telephone, and presumably VILLARREAL, was in the area of Fontana, California, close to the residences of his mother and sister, Martha Deloera. VILLARREAL'S cellular telephone became inactive once it was in the Fontana area. From interviews conducted by Detective Biddle, law enforcement learned that Deloera and VILLARREAL'S wife, Obdulia Medina, went to Tijuana, Mexico, the day after the murder, reportedly to have lunch. I reviewed border crossing records and noted that a vehicle registered to Deloera crossed back into the United States on the evening of May 22, 2010, the day after the murder.

c. On or about August 25, 2010, Detective Biddle learned that the pick-up truck used by VILLARREAL in the murder was located in the State of Oregon. The driver of the truck, who is a friend of VILLARREAL'S, advised Detective Biddle that they bought the truck from Martha Deloera and they were told by her that VILLARREAL fled to Mexico after the murder.

d. On or about June 11, 2010, warrant number POMKA09091201 was issued by the Superior Court of Los Angeles, County of Los Angeles, charging VILLARREAL with one count of murder, a felony, in violation of Section 187 of the California Penal Code.

4. In the days since the murder, Detective Biddle, your affiant, and other law enforcement officers have searched for VILLARREAL at all of his known addresses in the Los Angeles area, but were unable to find VILLARREAL at those addresses.

5.   Detective BIDDLE has advised me that the Los Angeles County District Attorney's Office ("DA's Office") has agreed to extradite VILLARREAL, and along with the LASD, they have requested the assistance of the FBI in apprehending and returning VILLARREAL to the Los Angeles area.

6.   Based on the information set forth above and my extensive experience in conducting fugitive investigations, I believe that there is probable cause to believe that VILLARREAL fled the State of California with the intent to avoid prosecution for the crime of murder and that there is probable cause for the issuance of an arrest warrant for CESAR VILLARREAL for violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

Scott F. Garriola
Special Agent-FBI

Subscribed and sworn to before me
on this _11_ day of August, 2010

THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE